437 A.2d 1026

Commonwealth v. Raffensberger, Jr., Appellant.

Petition for Allowance of Appeal Denied Dec. 18, 1981.

Sub-mitted December 8, 1978. Thomas G. Klingensmith, Assist-ant Public Defender for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

437 A.2d 1026

Commonwealth v. Secondini, Jr., Appellant.

Sub-mitted May 21, 1981. Thomas P. Ruane, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Orders affirmed.